LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
       1420 E. Cooley Dr., Suite 100
       Colton, California 92324
       Telephone: (909) 796-4560
       Facsimile:  (909) 796-3402
       E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | | |
|---|---|---|
| LOREN ALEXIS THOMPSON, | ) | No.  EDCV 13 - 01728 FFM |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER AWARDING |
| | ) | EAJA FEES |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner Of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO
THOUSAND SIX HUNDRED FIFTY DOLLARS AND 00/100 ($2,650.00) subject to
the terms of the stipulation.

DATE:  March 17, 2015

/S/ FREDERICK F. MUMM

HON. FREDERICK F. MUMM
UNITED STATES MAGISTRATE JUDGE